IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

WILLIE WATTS,

      Petitioner,

v.                                  Case No.  5D23-1528
                                      LT Case No. 2022-31007-CICI

STATE OF FLORIDA AND DEPARTMENT
OF CORRECTIONS,

      Respondents.
_____/

Opinion filed July 14, 2023

Petition for Belated Appeal,
A Case of Original Jurisdiction.

Willie Watts, Daytona Beach, pro se.

Ashley Moody, Attorney General
Tallahassee, and, Caitlin Wilcox,
Assistant Attorney General, Tampa, for
Respondent, Department of Corrections.

No Appearance for Other Respondent.

PER CURIAM.

      The petition for belated appeal is granted.  A copy of this opinion shall

be filed with the trial court and be treated as the notice of appeal from the

September 15, 2022 order denying petition for writ of habeas corpus filed in

Case No. 2022-31007-CICI, Volusia County, Florida.  <u>See</u> Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

EDWARDS, C.J., HARRIS and PRATT,  JJ., concur.